**JS-6**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NATHANIEL PHILLIPS, | Case No. CV 18-4871 JFW (SS) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| CDCR DIRECTOR, et al., | |
| Defendants. | |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: September 20, 2018

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE